Adam Hughes (AH6072)
Malen & Associates, P.C.
123 Frost Street, Suite 203
Westbury, NY 11590
ahughes@malen.com
Tel: (516) 479-5953

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHARON ISAACS, individually and on behalf of a class

                      Plaintiff,

   -against-

MALEN & ASSOCIATES, P.C.

                   Defendant.
-----------------------------------------------------------X

Civil Action No.: 13-CV-2386 (WHP)

**DEFENDANT'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Malen & Associates, P.C. ("Defendant"), a nongovernmental corporate party certifies that (1) Defendant is not a publicly held corporation (2) Defendant has no parent corporation and (3) there is no publicly held corporation owning 10% or more of its stock.

Dated: May 15, 2013
       New York, New York

                                        MALEN & ASSOCIATES, P.C.

                                        By: _____
                                            Adam Hughes (AH6072)
                                            123 Frost Street, Suite 203
                                            Westbury, NY 11590
                                            ahughes@malen.com
                                            Tel: (516) 479-5953
                                            *Attorneys for Defendant*